IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ROBERTO CARLOS GARCIA PORTILLO,
*Petitioner*,

v.

TODD BLANCHE, *et al*.,
*Respondents*.

1:26-cv-02974-MSN-LRV

ORDER

On September 9, 2026, Petitioner Roberto Carlos Garcia Portillo ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 alleging that he has been unlawfully detained at the Farmville Detention Center since September 1, 2026. It appearing to this Court that the factual circumstances and legal issues presented in this Petition are materially identical to those presented in other recently filed and adjudicated habeas petitions addressing the propriety of mandatory detention pursuant to 8 U.S.C. § 1225(b)(2), it is hereby

ORDERED that Petitioner IS NOT to be removed or transferred from this district for any reason without this Court's permission during the pendency of this habeas action; and it is further

ORDERED that on or before 5:00 PM on Friday, September 11, 2026, the Federal Respondents file either a Notice indicating that the factual and legal issues presented in this Petition do not differ in any material fashion from those presented in *Servellon Martinez v. Lyons*, 1:25-cv-1792 (E.D. Va. Nov. 7, 2025), or an Opposition to the Petition discussing the material differences between *Servellon Martinez* and this Petition; and it is further

ORDERED that if the Federal Respondents file a Notice that there are no material differences between this Petition and *Servellon Martinez*, each of the substantive filings in that habeas proceeding will be incorporated into this habeas proceeding, and this Court will issue a

ruling without further filings from the parties; and it is further

ORDERED that if the Federal Respondents file an Opposition to the Petition, Petitioner shall file any reply in further support of the Petition on or before 5:00 PM on Tuesday, September 15, 2026.

The Clerk is directed to forward a copy of this Order to counsel of record and to Dennis Barghaan, Chief of the Civil Division of the U.S. Attorney's Office for the Eastern District of Virginia.

/s/
Michael S. Nachmanoff
United States District Judge

September 9, 2026
Alexandria, Virginia