**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Roberto Carlos Garcia Portillo, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-2974-MSN-LRV |
| | ) | |
| | ) | |
| Todd Blanche, et al., | ) | |
| Respondents. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on October 27th, 2026, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Petitioner and against the Respondents

LAURA GRIFFIN, CLERK OF COURT

By: /s/
L. Creek
Deputy Clerk

Dated: October 27, 2026
Alexandria, Virginia